OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN 19 2015

**6/17/2015**
**McLean, Brent Alan     Tr. Ct. No. W296-80649-93-HC3           WR-27,322-08**
This is to advise that the applicant's suggestion for reconsideration has been denied without written order.

Abel Acosta, Clerk

BRENT ALAN MCLEAN
ESTES UNIT - TDC #663292

Boyd Unit
200 Spur 113
Teague, TX    75860